JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| PIPE RESTORATION TECHNOLOGIES, LLC, a Nevada Limited Liability Company; ACE DURAFLO SYSTEMS, LLC, a Nevada Limited Liability Company; and PIPE RESTORATION, INC., a California Corporation,<br><br>    Plaintiffs,<br>    v.<br><br>COAST BUILDING & PLUMBING, INC., a California Corporation d/b/a PIPELINE RESTORATION, PIPE RESTORATION SERVICES, and PIPELINE RESTORATION SERVICES, INC; ROY TERRY, an individual; and DOES 1 through 10, inclusive,<br><br>    Defendants. | Case No. 8:13-CV-00499-JDE<br><br>JUDGMENT |

On June 5, 2018, the above entitled action came on for a bench trial before the Honorable John D. Early, United States Magistrate Judge. Plaintiffs PIPE RESTORATION TECHNOLOGIES, LLC, ACE DURAFLO SYSTEMS, LLC, and PIPE RESTORATION, INC., ("Plaintiffs") were

| | |
|---|---|
| 1 | represented by attorney Ronald P. Oines of Rutan & Tucker, LLP and |
| 2 | Defendants PIPELINE RESTORATION PLUMBING, INC. f/k/a/ COAST |
| 3 | BUILDING & PLUMBING, INC. d/b/a PIPELINE RESTORATION, |
| 4 | PIPELINE RESTORATION SERVICES, and PIPELINE RESTORATION |
| 5 | SERVICES, INC., and ROY TERRY ("Defendants") were represented by |
| 6 | attorney Robert N. Hocker of Browning|Hocker. |
| 7 |     Evidence in the form of sworn testimony from witnesses and exhibits |
| 8 | were presented to the Court between June 5, 2018 and June 8, 2018. See Dkt. |
| 9 | 264-267, 269. |
| 10 |     After the close of evidence, Plaintiffs and Defendants filed post trial |
| 11 | briefs on June 15, 2018 and June 22, 2018. See Dkt. 271-272. |
| 12 |     On November 16, 2018, the Court issued Findings of Fact and |
| 13 | Conclusions of Law Following Trial Pursuant to Rule 52(a). Dkt. 274. |
| 14 |     NOW, THEREFORE, IT IS ORDERED, ADJUDGED, AND |
| 15 | DECREED AS FOLLOWS: |
| 16 |     Judgment is entered in favor of Plaintiffs and against Defendants, jointly |
| 17 | and severally, in the amount of $2,390 on Plaintiffs' claims for false advertising |
| 18 | under the Lanham Act, unfair competition under California Business and |
| 19 | Professions Code §§ 17200, et seq., and false advertising under California |
| 20 | Business and Professions Code § 17200. The Court awards no other monetary |
| 21 | or other relief. All other claims have been dismissed or abandoned. The parties |
| 22 | shall bear their own costs. |
| 23 | |
| 24 | Dated: November 28, 2018 |
| 25 | |
| 26 |                                     JOHN D. EARLY |
| 27 |                                     United States Magistrate Judge |
| 28 | |